UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Rebecca DeFrancisco,

               Plaintiff,

v.

Midland Credit Management, Inc.; and DOES 1-10, inclusive,

               Defendant.
_____

Civil Action No.:  1:14-cv-11934-RWZ

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Midland Credit Management, Inc. with prejudice and without costs to any party.

DATED: March 31, 2015

| Rebecca DeFrancisco | Midland Credit Management, Inc. |
|---|---|
| **/s/** *Sergei Lemberg* | /s/ *Ronald M. Metcho* |
| Sergei Lemberg, Esq. | Ronald M. Metcho |
| BBO No.: 650671 | Coleman & Goggin, P.C. |
| LEMBERG LAW, LLC | 2000 Market Street , Suite #2300 |
| 1100 Summer Street, 3rd Floor | Philadelphia, PA 19103 |
| Stamford, CT  06905 | 215-575-0856 |
| (203) 653-2250 | rmmetcho@mdwcg.com |
| slemberg@lemberglaw.com | |
| Attorney for Plaintiff | Jeffrey M. Sankey, BBO #551062 |
| | SANKEY LAW OFFICES, P.C. |
| | 25 Braintree Hill Park, Suite 200 |
| | Braintree, MA 02184 |
| | 781-930-3127 |
| | jsankey@sankeylaw.com |
| | Attorneys for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Ronald M. Metcho
Coleman & Goggin, P.C.
2000 Market Street , Suite #2300
Philadelphia, PA 19103

Jeffrey M. Sankey
SANKEY LAW OFFICES, P.C.
25 Braintree Hill Park, Suite 200
Braintree, MA 02184

                                            By /s/ Sergei Lemberg
                                                Sergei Lemberg